FILED

DEC 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **DAVID LEROY NEWMAN,**<br><br>         Plaintiff - Appellant,<br><br>v.<br><br>**BANK OF NEW YORK MELLON CORP.**, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY7, Mortgage Pass Through Certificates 2007-HY7 ("BONY"), FKA The Bank of New York; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.,**<br><br>         Defendants - Appellees. | No. 13-17297<br><br>D.C. No. 1:12-cv-01629-AWI-GSA<br><br>**ORDER** |

Before:    **KOZINSKI**, **BYBEE** and **CHRISTEN**, Circuit Judges.

Oral argument currently scheduled for December 7, 2015 is **VACATED** and submission is **DEFERRED**. The parties are ordered to file simultaneous supplemental briefs addressing whether this Court should continue to defer submission pending a decision by the Supreme Court of California in <u>Keshtgar</u> v. <u>U.S. Bank</u>, 334 P.3d 686 (Cal. 2014) (No. S220012). The briefs may not exceed

5,000 words, shall be filed no more than 14 days after this order and must comply with Federal Rule of Appellate Procedure 32.